UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TAMMIE MCPHERSON                                                                PLAINTIFF

VERSUS                                                   CIVIL ACTION NO. 1:23-CV-130-RPM

HARRISON COUNTY BOARD OF
EDUCATION, ET AL                                                               DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document under Federal Rule of Civil Procedure 58(a), and in light of the Court's Memorandum Opinion and Order of Dismissal entered on the 10th of August, the Court hereby enters its Final Judgment in this civil action.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this 10th day of August 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE